FILED
APR 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Mr. Ronald T. Smith
1429 Hebron Road
Cades, South Carolina 29518
April 18, 2025

Mark B. Busby, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RE: Withdrawal Due to Change in Counsel Case MDL # 2741 (N.D.Cal.) Roundup

Dear Mr. Busby:

This letter serves as notification of the withdrawal of counsel from Smith v. Monsanto Company et al Case # 3-16-md-02741/ 3-19-cv-02385 due to distrust in current legal representation. After I researched and found that this case is one of the MDL pending cases waiting for updates and was never informed by my attorney of the current status. I decided to seek different counsel who is better suited to oversee the specific aspects of this case.

At this point, I do not feel comfortable with Roy T. Willey as counsel representative, which is why I am reaching out to the court to move this case forward. I don't know what information is needed to update this case, but if you can help me with legal guidance and advice I would appreciate it. I know that I am a part of the Wave 4 Schedule.

My career started with the South Carolina Department of Transportation in August 1989 as a Highway Maintenance Worker using roundup weed killer around signs, sidewalks, and bridges approximately three days per week for about seven years I used a four-gallon backpack for spraying and a 500-gallon tank on the back of a truck I would mixing the chemicals for use in the backpack.

In 2011 I was diagnosed with non-Hodgkin lymphoma. In 2012 I was forced to retire due to complications from cancer, chemo, and radiation treatment. During my illness, I did not get Workers' Compensation. In 2018 I heard about the Roundup products Class action Lawsuits so I filed a claim. I am now 66 years old and I am still suffering from internal complications due to chemo and radiation treatment.

I have asked Attorney Roy T. Willey, IV, Esq./ Anastopoulo Law Firm, LLC to withdraw from this case as counsel due to mistrust and inadequate representation. I was told he negotiated a settlement with a Roundup Independent Settlement Program with a Roundup Litigation date of June 21, 2021,

Mr. Busby
April 18, 2025
Page 2

for $29,250 and once he got his fees I would get $15,000. I refused it and have not taken any payment as of today for this case.

I appreciate your efforts thus far and thank you for your understanding in this matter. I can be contacted by phone (843-229-0788) or by my sister Cherry Blakes' phone (843-601-2113) or her email address (blakecs_53@yahoo.com).

Sincerely,

*Ronald T. Smith*

Mr. Ronald T. Smith


State of South Carolina
Florence County
sworn to and subscribed before me
on the 23rd day of April 2025
_Renee M. Davis_
Notary Public's Signature
My Commission Expires 10-28-32

[Notary Seal: RENEE M. DAVIS, COMM. EXP. 10-28-32, NOTARY PUBLIC, SOUTH CAROLINA]