UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Smith v. Monsanto Co.*,<br>Case No. 3:16-md-02741-VC | **ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S FORMER COUNSEL SHOULD NOT BE SANCTIONED**<br>Re: Dkt. No. 8 |

Roy T. Willey, former counsel for plaintiff Ronald T. Smith, is ordered to show cause as to why he should not be sanctioned for his failure to adequately represent his client as detailed in Mr. Smith's April 18, 2025 Letter to the Court. *See* Dkt. No. 8. The response to this order is due by Wednesday, May 21. A hearing on the order to show cause is scheduled for the Zoom civil motion calendar on Thursday, May 29 at 2 P.M. P.T. Mr. Smith is invited to attend the hearing, along with any new counsel he may have hired. Counsel for Monsanto should also appear at the hearing to take a position on how Mr. Smith's case should be handled.

**IT IS SO ORDERED.**

Dated: May 16, 2025

VINCE CHHABRIA
United States District Judge